UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-vs-

JOY ALTHEIM,

                Defendant.

----------------------------------------------------------X
FEUERSTEIN, J.

ORDER
CV-03-0365 (SJF)

The above-captioned case is dismissed without prejudice as abandoned.

SO ORDERED.

s/SJF
_____
Sandra J. Feuerstein
United States District Judge

Dated: Brooklyn, NY
        May 16, 2005