UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,

-against-

JOY ALTHEIM,

                        Defendant.
---------------------------------------------------------------X

JUDGMENT
03-CV- 0365 (SJF)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 19 2005 ★
P.M.
TIME A.M.

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on May 18, 2005, dismissing the case without prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that that the case is dismissed without prejudice.

Dated: Brooklyn, New York
       May 18, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court